No. 5139. ANDERSON ET AL. *v.* LOUISIANA. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment reversed, *Bruton* v. *United States,* 391 U. S. 123 (1968), and case remanded for further proceedings. MR. JUSTICE BLACK dissents.

No. 48. HUDSON *v.* LOUISIANA. Sup. Ct. La. Certiorari dismissed. See *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Motion by the United States to dismiss counterclaim and deny demand for jury trial filed by the State of Florida received and filed, and the State of Florida allowed 60 days to respond. Upon receipt of response of the State of Florida, motion and response shall be referred to Special Master for his report and recommendation. Joint motion of the United States and the State of Florida to consolidate proceedings herein against the State of Florida with *United States* v. *Louisiana,* No. 9, Orig., granted. Report of Special Master upon motion of the State of Florida for severance received and filed, and motion of the State of Florida for severance granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters. [For earlier orders herein, see, *e. g.,* 400 U. S. 914.]

No. 45, Orig. WASHINGTON ET AL. *v.* GENERAL MOTORS CORP. ET AL. Motion of the State of Idaho to be named as a party plaintiff granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion. [For earlier order herein, see 402 U. S. 940.]